FILED

02/14/2025

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: OP 25-0132



# IN THE SUPREME COURT OF THE STATE OF MONTANA

## DA 25-0132

**DANIEL JAY DODSON,**

> Petitioner,

v.

**JIM SALMONSEN, WARDEN,
MONTANA STATE PRISON,**

> Respondent.

Motion to proceed without payment of the filing fee in this matter is **GRANTED.**

DATED February 14, 2025.

BOWEN GREENWOOD
Clerk of the Supreme Court